UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAWRENCE BRITVAN and HWE CALIFORNIA INC.,

                Plaintiffs,

– against –

CANTOR COMMERCIAL REAL ESTATE SPONSOR LP and 1–100 DOES,

                Defendants.

**ORDER**

16 Civ. 5770 (ER)

Ramos, D.J.:

    The parties are hereby ORDERED to file a joint status report by October 1, 2020.

Failure to comply with this Order may result in sanctions, including dismissal for failure to prosecute. *See* Fed. R. Civ. P. 41.

    SO ORDERED.

Dated:   September 1, 2020
           New York, New York

                                            Edgardo Ramos, U.S.D.J.